**B1 (Official Form 1) (12/11)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Clark, Cindy Lou | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  6812 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. and Street, City,  and State)<br>2619 Lorraine Circle<br>Geneva, IL | Street Address of Joint Debtor (No. and Street, City, and State |
|---|---|
| ZIPCODE 60134 | ZIPCODE |

| County of Residence or of the Principal Place of Business:<br>Kane | County of Residence or of the Principal Place of Business: |
|---|---|
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIPCODE | ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above): | |
|---|---|
| | ZIPCODE |

**Type of Debtor**
(Form of Organization)
(Check **one** box)
- [✓] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of  Business**
(Check one  box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other N.A.

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [✓] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main  Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box)
- [✓] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form  3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [ ]<br>1-49 | [✓]<br>50-99 | [ ]<br>100-199 | [ ]<br>200-999 | [ ]<br>1,000-5,000 | [ ]<br>5,001-10,000 | [ ]<br>10,001-25,000 | [ ]<br>25,001-50,000 | [ ]<br>50,001-100,000 | [ ]<br>Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ]<br>$0 to $50,000 | [ ]<br>$50,001 to $100,000 | [✓]<br>$100,001 to $500,000 | [ ]<br>$500,001 to $1 million | [ ]<br>$1,000,001 to $10 million | [ ]<br>$10,000,001 to $50 million | [ ]<br>$50,000,001 to $100 million | [ ]<br>$100,000,001 to $500 million | [ ]<br>$500,000,001 to $1 billion | [ ]<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ]<br>$0 to $50,000 | [ ]<br>$50,001 to $100,000 | [✓]<br>$100,001 to $500,000 | [ ]<br>$500,001 to $1 million | [ ]<br>$1,000,001 to $10 million | [ ]<br>$10,000,001 to $50 million | [ ]<br>$50,000,001 to $100 million | [ ]<br>$100,000,001 to $500 million | [ ]<br>$500,000,001 to $1 billion | [ ]<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 3J210-301X-***** - PDF-XChange 3.0

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Cindy Lou Clark** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: **N.A.** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X  /s/ Edgar P. Petti          7/26/12  ──────────────────────────────── Signature of Attorney for Debtor(s)          Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
### (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

────────────────────────────────
(Name of landlord that obtained judgment)

────────────────────────────────
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1) (12/11) | Page 3 |
| --- | --- |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Cindy Lou Clark |
| --- | --- |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Cindy Lou Clark
_____
Signature of Debtor

**X**_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

7/26/12
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** /s/ Edgar P. Petti
_____
Signature of Attorney for Debtor(s)

EDGAR P. PETTI 2192764
_____
Printed Name of Attorney for Debtor(s)

Petti, Murphy, & Associates
_____
Firm Name

22 S 4th St Ste B
_____
Address

Geneva, IL 60134
_____

630-232-9303
_____
Telephone Number

7/26/12
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X**_____

_____
Date

Signature of bankruptcy petition  preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re _Cindy Lou Clark_____      Case No._____
              Debtor(s)                                         (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑   1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B1 D (Official Form 1, Exh. D) (12/09) – Cont.                                           Page 2

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ❏   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ❏   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
    ❏   Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____/s/ Cindy Lou Clark_____
                                              CINDY LOU CLARK

Date:  ___7/26/12_____

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

**B6A (Official Form 6A) (12/07)**

In re   <u>Cindy Lou Clark</u>                                    Case No. _____
              **Debtor**                                                                  **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3 bedroom 5 total rooms condo<br><br>2619 Lorraine Circle<br>Geneva, IL 60134 | Fee Simple | | 208,800.00 | 281,001.25 |
| | | Total ➤ | 208,800.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

In re   Cindy Lou Clark                                                     Case No. _____
_____                                                        _____
          **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Acct #5135<br>Jp Morgan Chase<br>2000 Randall Rd<br>Geneva, IL 60134 | | 20.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Misc household goods and furnishing of 5 room condo<br>Debtor's residence | | 750.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Necessary clothing of adult female<br>Debtor's residence | | 400.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

In re   Cindy Lou Clark                                                    Case No. _____
             **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Toyota Camry LE 84,000 miles Debtor's residence | | 6,900.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

In re   Cindy Lou Clark                                    Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____  continuation sheets attached     Total     $        8,070.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C)  (04/10)

In re   Cindy Lou Clark                                              Case No. _____
         **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐   Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                         $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Checking Acct #5135 | 735 ILL.C.S 5§12-1001(b) | 20.00 | 20.00 |
| Misc household goods and furnishing of 5 room condo | 735 ILL.C.S 5§12-1001(b) | 750.00 | 750.00 |
| 2005 Toyota Camry LE 84,000 miles | 735 ILL.C.S 5§12-1001(b) | 3,230.00 | 6,900.00 |
|  | 735 ILL.C.S 5§12-1001(c) | 2,400.00 |  |
| Necessary clothing of adult female | 735 ILL.C.S 5§12-1001(a) | 400.00 | 400.00 |
|  | Total exemptions claimed: | 6,800.00 |  |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _____Cindy Lou Clark_____,        Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2555681<br><br>Blatt Hassenmiller et al<br>125 S Wacker Dr Ste 400<br>Chicago, IL 60606 | | | Incurred: 2011<br>Collecting for Citibank<br><br><br>VALUE $           0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 271100358-8<br><br>Citibank<br>PO Box 660065<br>Dallas, TX 75266 | | | Incurred: 11/2004<br>Lien: 2nd Mortgage<br>Security: 2619 Lorraine Circle, Geneva, IL<br><br>VALUE $      208,800.00 | | | | 27,383.39 | 27,383.39<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 12 LM 986<br><br>Douglas Sury<br>Attorney at Law<br>128 S County Farm Rd<br>Wheaton, IL 60187 | | | Incurred: 6/2012<br>Collecting for Townes at Fisher Farms<br><br>VALUE $           0.00 | | | | Notice Only | Notice Only |

___1___continuation sheets attached

Subtotal ► $    27,383.39      $    27,383.39
(Total of this page)

Total ► $                        $
(Use only on last page)

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – Cont.

In re ___Cindy Lou Clark_____,     Case No. _____
              **Debtor**                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 59683xxxx<br><br>First Horizon<br>165 Madison Avenue<br>Memphis, TN 38103 | | | Incurred: 11/2004<br>Lien: 1st Mortgage<br>Security: 2619 Lorraine Circle, Geneva, IL<br><br>VALUE $     208,800.00 | | | | 253,617.86 | 44,817.86 |
| ACCOUNT NO. PA0908488<br><br>Pierce & Associates<br>1 North Dearborn Ste 1300<br>Chicago, IL 60602 | | | Incurred: 2009<br>Collecting for First Horizon<br><br>VALUE $     0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 00149-8954<br><br>Townes at Fisher Farms<br>Vanguard Community Mang<br>PO Box 61955<br>Phoenix, AZ 85082 | | | Incurred: 12/2011<br>Lien: HOA dues lien<br>Security: 2619 Lorraine Circle, Geneva, IL<br><br>VALUE $     208,800.00 | | | | 2,728.00 | 2,728.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) ►<br>(Total(s) of this page) | $  256,345.86 | $  47,545.86 |
| Total(s) ►<br>(Use only on last page) | $  283,729.25 | $  74,929.25 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

**B6E (Official Form 6E) (04/10)**

In re _____Cindy Lou Clark_____.   Case No._____
    Debtor                                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

**B6E (Official Form 6E) (04/10) - Cont.**

In re___Cindy Lou Clark_____,    Case No._____
            Debtor                                                              (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ **continuation sheets attached**

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B6E (Official Form 6E) (04/10) - Cont.

In re  Cindy Lou Clark _____ ,      Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)     Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx-xx-6812<br><br>IL Dept of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago, IL 60664 | | | Incurred: 2010<br>Consideration: 1040 tax, interest, and penalty for the year 2010 | | | | 453.59 | 453.59 | 0.00 |
| ACCOUNT NO. xxx-xx-6815<br><br>IL Dept of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago, IL 60664 | | | Incurred: 2011<br>Consideration: 1040 tax, interest, and penalty for the year 2011 | | | | 54.00 | 54.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal**<br>(Totals of this page) ➤ | $ 507.59 | $ 507.59 | $ 0.00 |
| **Total** ➤<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 507.59 | | |
| **Totals** ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 507.59 | $ 0.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc.- ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07)

In re __Cindy Lou Clark_____,    Case No. _____
    **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10524<br><br>Amb. Anesthesiologists Of Chicago, Llc<br>PO Box 809274<br>Chicago, IL 60680 | | | Incurred: 8-22-2008<br>Consideration: Medical services | | | | 65.00 |
| ACCOUNT NO. 3467xx / 3452xx<br><br>AR Concepts Inc.<br>33 W Higgins Rd Ste 715<br>South Barrington, IL 60010 | | | Incurred: 4/2008<br>Consideration: Assignee for various creditors<br>Collecting for Valley Ambulatroy | | | | Notice Only |
| ACCOUNT NO. 46113<br><br>Assoc In Ear, Nose & Throat<br>2050 Larkin Ave<br>Elgin, IL 60123 | | | Incurred: 10/2009<br>Consideration: Medical services | | | | 67.90 |
| ACCOUNT NO. 4430115xxxx<br><br>AT&T<br>c/o Midland Bankruptcy<br>5407 Andrews Hwy<br>Midland, TX 79706 | | | Incurred: 4/2012<br>Consideration: Utility | | | | 105.00 |

_____17_____continuation sheets attached      Subtotal ➤ | $ | 237.90

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Cindy Lou Clark_____,   Case No. _____

            **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  30160 <br><br> Atg Credit, Llc <br> PO Box 14895 <br> Chicago, IL 60614 | | X | Incurred: 4/2010 <br> Consideration: Assignee for various creditors <br> Collecting For Winfield Radiology Consultants, Sc | | | | Notice Only |
| ACCOUNT NO.  001 105811 <br><br> Central Dupage Emergency Phys <br> PO Box 5940 <br> Dept 20-1098 <br> Carol Stream, IL 60197 | | X | Incurred: 10-28-2009 <br> Consideration: Medical services | | | | 755.00 |
| ACCOUNT NO.  6583493 <br><br> Central Dupage Hospital <br> Dept 4698 <br> Carol Stream, IL 60122 | | X | Incurred: 10-26-2009 <br> Consideration: Medical services | | | | 118.75 |
| ACCOUNT NO.  6571876001 <br><br> Central Dupage Hospital <br> PO Box 4090 <br> Carol Stream, IL 60197 | | X | Incurred: 10-21-2009 <br> Consideration: Medical services | | | | 67.74 |
| ACCOUNT NO.  6583493001 <br><br> Central Dupage Hospital <br> Po Box 4090 <br> Carol Stream, IL 60197-4090 | | X | Incurred: 10-26-2009 <br> Consideration: Medical services | | | | 5,302.25 |

Sheet no. __1__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,243.74

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Cindy Lou Clark                                    ,    Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  604816<br><br>Certified Services Inc<br>Po Box 177<br>Waukegan, IL 60079 | | | Incurred: 10/2010<br>Consideration: Assignee for various creditors<br>Collecting For Dr Joel Carnazzo | | | | Notice Only |
| ACCOUNT NO.  46113<br><br>Certified Services Inc<br>PO Box 177<br>Waukegan, IL 60079 | | | Incurred: 10/2010<br>Consideration: Assignee for various creditors<br>Collecting For Assoc In Ear, Nose & Throat, Head & Neck | | | | Notice Only |
| ACCOUNT NO.  455951160067xxxx<br><br>CHASE<br>PO Box 15298<br>Wilmington, DE 19850 | | | Incurred: 1/2007<br>Consideration: Credit card debt | | | | 2,865.00 |
| ACCOUNT NO.  5424180860085882<br><br>Citi Card<br>Box 6500<br>Sioux Falls, SD 57117 | | | Incurred: 12/2009<br>Consideration: Credit card debt | | | | 3,147.51 |
| ACCOUNT NO.  0252000583-01<br><br>City of Geneva<br>15 S First St<br>Geneva, IL 60134 | | | Incurred: 5/2012<br>Consideration: Utility | | | | 273.85 |

Sheet no. __2__ of __17__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $   6,286.36

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Cindy Lou Clark _____,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 51535 <br><br> Cornerstone Medical Group <br> PO Box 479 <br> Winfield, IL 60190 | X | | Incurred: 8/2009 <br> Consideration: Medical services | | | | 314.00 |
| ACCOUNT NO. 6021211750 <br><br> Credit Collection Services <br> Two Wells Avenue <br> Newton, MA 02459 | | | Incurred: 2/2011 <br> Consideration: Assignee for various creditors <br> Collecting For Quest Diagnostics | | | | Notice Only |
| ACCOUNT NO. 14780066 <br><br> Delnor Hospital <br> Po Box 88055 <br> Chicago, IL 60680 | | | Incurred: 2009 <br> Consideration: Medical services | | | | 4,758.96 |
| ACCOUNT NO. V018732750 <br><br> Delnor Hospital <br> PO Box 88055 <br> Chicago, IL 60680 | X | | Incurred: 1-3-2010 <br> Consideration: Medical services | | | | 839.06 |
| ACCOUNT NO. V017144197 <br><br> Delnor Hospital <br> PO Box 88055 <br> Chicago, IL 60680 | X | | Incurred: 2009 <br> Consideration: Medical services | | | | 189.70 |

Sheet no. __3__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,101.72

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Cindy Lou Clark                                    ,          Case No. _____
               **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  V018370312<br><br>Delnor Hospital<br>PO Box 88055<br>Chicago, IL 60680 | X | | Incurred: 10-20-2009<br>Consideration: Medical services | | | | 1,085.55 |
| ACCOUNT NO.  V014452833<br><br>Delnor Hospital<br>PO Box 88055<br>Chicago, IL 60680 | | | Incurred: 9-27-2007<br>Consideration: Medical services | | | | 580.19 |
| ACCOUNT NO.  1499xxxx<br><br>Delnor Hospital<br>Po Box 88055<br>Chicago, IL 60680 | | | Incurred: 11/2008<br>Consideration: Medical services | | | | 115.00 |
| ACCOUNT NO.  150xxxx<br><br>Delnor Hospital<br>Po Box 88055<br>Chicago, IL 60680 | | | Incurred: 2/2008<br>Consideration: Medical services | | | | 62.00 |
| ACCOUNT NO.  150xxxx<br><br>Delnor Hospital<br>Po Box 88055<br>Chicago, IL 60680 | | | Incurred: 7/2008<br>Consideration: Medical services | | | | 194.00 |

Sheet no. 4 of 17 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $   2,036.74

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Cindy Lou Clark _____,      Case No. _____
           **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 150xxxx<br><br>Delnor Hospital<br>Po Box 88055<br>Chicago, IL 60680 | | | Incurred: 6/2008<br>Consideration: Medical services | | | | 290.00 |
| ACCOUNT NO. 150xxxx<br><br>Delnor Hospital<br>Po Box 88055<br>Chicago, IL 60680 | | | Incurred: 7/2008<br>Consideration: Medical services | | | | 99.00 |
| ACCOUNT NO. 1500xxxx<br><br>Delnor Hospital<br>Po Box 88055<br>Chicago, IL 60680 | | | Incurred: 10/2008<br>Consideration: Medical services | | | | 81.00 |
| ACCOUNT NO. 1500xxxx<br><br>Delnor Hospital<br>Po Box 88055<br>Chicago, IL 60680 | | | Incurred: 12/2008<br>Consideration: Medical services | | | | 324.00 |
| ACCOUNT NO. 1500xxxx<br><br>Delnor Hospital<br>Po Box 88055<br>Chicago, IL 60680 | | | Incurred: 12/2008<br>Consideration: Medical services | | | | 159.00 |

Sheet no. _5_ of _17_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 953.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re    Cindy Lou Clark                                    ,                    Case No. _____
                        **Debtor**                                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  M318454 <br><br> Dennis Brebner & Assoc <br> 860 Northpoint Blvd <br> Waukegan, IL 60085 | X | | Incurred: 6/2010 <br> Consideration: Assignee for various creditors <br> Collecting For Valley Emergency Care | | | | Notice Only |
| ACCOUNT NO.  xxx-xx-6812 <br><br> Department of the Treasury <br> Internal Revenue Service <br> PO Box 7346 <br> Philadelphia, PA 19101 | | | Incurred: 2002 <br> Consideration: 1040 federal income tax, interest, and penalties for the year 2002 <br> Assessed prior to 240 days before filing of this petition | | | | 7,335.13 |
| ACCOUNT NO.  xxx-xx-6812 <br><br> Department of the Treasury <br> Internal Revenue Service <br> PO Box 7346 <br> Philadelphia, PA 19101 | | | Incurred: 2006 <br> Consideration: 1040 federal income tax, interest, and penalties for the year 2006 <br> Assessed prior to 240 days before filing of this petition | | | | 12,903.67 |
| ACCOUNT NO.  xxx-xx6812 <br><br> Department of the Treasury <br> Internal Revenue Service <br> PO Box 7346 <br> Philadelphia, PA 19101 | | | Incurred: 2007 <br> Consideration: 1040 federal income tax, interest, and penalties for the year 2007 <br> Assessed prior to 240 days before filing of this petition | | | | 7,342.89 |
| ACCOUNT NO.  xxx-xx6812 <br><br> Department of the Treasury <br> Internal Revenue Service <br> PO Box 7346 <br> Philadelphia, PA 19101 | | | Incurred: 2008 <br> Consideration: 1040 federal income tax, interest, and penalties for the year 2008 <br> Assessed prior to 240 days before filing of this petition | | | | 3,572.71 |

Sheet no. __6__ of __17__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        31,154.40

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Cindy Lou Clark                                        ,          Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   xxx-xx-6812 <br><br> Department of the Treasury <br> Internal Revenue Service <br> PO Box 7346 <br> Philadelphia, PA 19101 | | | Incurred: 2009 <br> Consideration: 1040 federal income tax, interest, and penalties for the year 2009 <br> Assessed prior to 240 days before filing of this petition | | | | 1,804.95 |
| ACCOUNT NO.   604816 <br><br> Dr Joel Carnazzo <br> 30 N. Michigan Ave, Suite 1519 <br> Chicago, IL. 60602 | | | Incurred: 10/2003 <br> Consideration: Medical services | | | | 70.00 |
| ACCOUNT NO.   533605 <br><br> Dr. William Puga <br> 1644 Colonial Pkwy <br> Inverness, IL 60067 | | | Incurred: 2008 <br> Consideration: Medical services | | | | 81.85 |
| ACCOUNT NO.   493437 <br><br> Dr. William Puga <br> 1644 Colonial Pkwy <br> Inverness, IL 60067 | | | Incurred: 2008 <br> Consideration: Medical services | | | | 60.00 |
| ACCOUNT NO.   154 <br><br> Dr. William Puga <br> 1644 Colonial Pkwy <br> Inverness, IL 60067 | X | | Incurred: 8-16-2009 <br> Consideration: Medical services | | | | 69.10 |

Sheet no. __7__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $  2,085.90

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Cindy Lou Clark_____,        Case No. _____
         **Debtor**                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1271<br><br>Dr. William Puga<br>1644 Colonial Pkwy<br>Inverness, IL 60067 | | | Incurred: 3-2-2010<br>Consideration: Medical services | | | | 130.00 |
| ACCOUNT NO.  xxxx20659408<br><br>Eagle Recovery Assoc<br>424 SW Washington St 3rd Flr<br>Peoria, IL 61602 | X | | Incurred: 11/2011<br>Consideration: Assignee for various creditors<br>Collecting for EPMG of IL | | | | Notice Only |
| ACCOUNT NO.  2273672<br><br>EPMG of IL Thorek<br>2000 Green Rd., Suite 300<br>Ann Arbor, MI 48105 | X | | Incurred: 11/2011<br>Consideration: Medical services | | | | 360.00 |
| ACCOUNT NO.  2619LO<br><br>Fisher Farms Master Assoc.<br>PO Box 2164<br>Aurora, IL 60507 | | | Incurred: 12/2011<br>Consideration: HOA dues | | | | 293.04 |
| ACCOUNT NO.  14390140<br><br>Harvard Collection Services, Inc<br>4839 N Elston Ave<br>Chicago, IL 60630 | | | Incurred: 6/2012<br>Consideration: Assignee for various creditors<br>Collecting For IL Dept Of Revenue | | | | Notice Only |

Sheet no.  8   of  17   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      783.04

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Cindy Lou Clark                              ,          Case No. _____
               **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4392511 <br><br> Hr Accounts, Inc <br> 7017 John Deere Parkway <br> Moline, IL 61265 | X | | Incurred: 5/2010 <br> Consideration: Assignee for various creditors <br> Collecting For Central Dupage Hospital | | | | Notice Only |
| ACCOUNT NO.  6583493 <br><br> Hr Accounts, Inc <br> 7017 John Deere Parkway <br> Moline, IL 61265 | | | Incurred: 2010 <br> Consideration: Assignee for various creditors <br> Collecting For Central Dupage Hospital | | | | Notice Only |
| ACCOUNT NO.  6571876001 <br><br> Hr Accounts, Inc <br> 7017 John Deere Parkway <br> PO Box 672 <br> Moline, IL 61266 | X | | Incurred: 9/2010 <br> Consideration: Assignee for various creditors <br> Collecting For Central Dupage Hospital | | | | Notice Only |
| ACCOUNT NO.  545800114035xxxx <br><br> HSBC <br> PO Box 5253 <br> Carol Stream, IL 60197 | | | Incurred: 12/2008 <br> Consideration: Credit card debt | | | | 2,756.00 |
| ACCOUNT NO.  4430115xxxx <br><br> IC Systems <br> PO Box 64378 <br> Saint Paul, MN 55164 | | | Incurred: 4/2012 <br> Consideration: Assignee for various creditors <br> Collecting for AT&T | | | | Notice Only |

Sheet no.  9  of  17  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,756.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Cindy Lou Clark_____,        Case No. _____
                        **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxx-xx-6812<br><br>IL Dept of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago, IL 60664 | | | Incurred: 2009<br>Consideration: 1040 state income tax, interest, and penalties for the year 2009<br>Assessed prior to 240 days before filing of this petition | | | | 1,225.60 |
| ACCOUNT NO.  xxx-xx-6812<br><br>IL Dept of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago, IL 60664 | | | Incurred: 2008<br>Consideration: 1040 state income tax, interest, and penalties for the year 2008<br>Assessed prior to 240 days before filing of this petition | | | | 912.96 |
| ACCOUNT NO.  057996<br><br>Kruzan & Kloberdanz Dds Ltd<br>2580 Foxfield Rd  Ste 100<br>St Charles, IL 60174 | X | | Incurred: 10-22-2009<br>Consideration: Medical services | | | | 243.00 |
| ACCOUNT NO.  LPL 54407<br><br>Laboratory Physicians<br>PO Box 10200<br>Peoria, IL 61612-0200 | X | | Incurred: 10-20-2009<br>Consideration: Medical services | | | | 94.00 |
| ACCOUNT NO.  C000133098<br><br>Medical Business Bureau, Llc<br>Po Box 1219<br>Park Ridge, IL 60068-7219 | X | | Incurred: 5/2010<br>Consideration: Assignee for various creditors<br>Collecting For United Anesthesia Assoc | | | | Notice Only |

Sheet no.  10  of  17  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 2,475.56
Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___Cindy Lou Clark_____,    Case No. _____

**Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  C000144113 <br><br> Medical Business Bureau, Llc <br> Po Box 1219 <br> Park Ridge, IL 60068-7219 | | X | Incurred: 8/2010 <br> Consideration: Assignee for various creditors <br> Collecting For Central Dupage Emergency Phys | | | | Notice Only |
| ACCOUNT NO.  A0094248901 <br><br> Medical Recovery Specialists, Inc <br> 2250 E Devon Ave Ste 352 <br> Des Plaines, IL 60018 | | X | Incurred: 1/2011 <br> Consideration: Assignee for various creditors <br> Collecting For Sherman Hospital | | | | Notice Only |
| ACCOUNT NO.  7070324 <br><br> Medical Recovery Specialists, Inc <br> 2250 E Devon Ave Ste 352 <br> Des Plaines, IL 60018 | | X | Incurred: 2/2010 <br> Consideration: Assignee for various creditors <br> Collecting For Sherman Hospital | | | | Notice Only |
| ACCOUNT NO.  08111103855 <br><br> Merchants Credit Guide Co <br> 223 W Jackson Blvd <br> Chicago, IL 60606 | | X | Incurred: 4/2011 <br> Consideration: Assignee for various creditors <br> Collecting For Central Dupage Hospital | | | | Notice Only |
| ACCOUNT NO.  08111103787 <br><br> Merchants Credit Guide Co <br> 223 W Jackson Blvd #400 <br> Chicago, IL 60606 | | X | Incurred: 4/2011 <br> Consideration: Assignee for various creditors <br> Collecting For Central Dupage Hospital | | | | Notice Only |

Sheet no. __11__ of __17__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Cindy Lou Clark_____,   Case No. _____
               **Debtor**                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 08120540622<br><br>Merchants Credit Guide Co.<br>223 W Jackson Blvd #400<br>Chicago, IL 60606 | | | Incurred: 5/2012<br>Consideration: Assignee for various creditors<br>Collecting For Cornerstone Medical Group | | | | Notice Only |
| ACCOUNT NO. 08-101270086<br><br>Merchants Credit Guide Co.<br>223 W Jackson Blvd #400<br>Chicago, IL 60606 | X | | Incurred: 6/2010<br>Consideration: Assignee for various creditors<br>Collecting For Cornerstone Medical Group | | | | Notice Only |
| ACCOUNT NO. 339511 / 301034<br><br>Midstate Collection Solutions, Inc<br>PO Box 3292<br>Champaign, IL 61826 | | | Incurred: 6/2010<br>Consideration: Assignee for various creditors<br>Collecting For Dr. William Puga | | | | Notice Only |
| ACCOUNT NO. 7405502<br><br>Miramed Revenue Group<br>Dept 77304<br>PO Box 77000<br>Detroit, MI 48277 | X | | Incurred: 2/2010<br>Consideration: Assignee for various creditors<br>Collecting For Northwestern Medical Faculty Foundation | | | | Notice Only |
| ACCOUNT NO. 81093<br><br>Mri Lincoln Imaging Center<br>PO Box 2957<br>Carol Stream, IL 60132 | X | | Incurred: 5-3-2010<br>Consideration: Medical services | | | | 28.48 |

Sheet no. __12__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

          Subtotal ➤ | $ | 28.48

             Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Cindy Lou Clark                                    ,     Case No. _____
 **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  unknown<br><br>Nicor Gas<br>P.O. Box 0632<br>Aurora, IL 60507 | | | Incurred: 6/2012<br>Consideration: Utility | | | | 377.91 |
| ACCOUNT NO.  3-08819635<br><br>Northwestern Medical Faculty Foundation<br>680 N Lake Shore Dr Ste 1000<br>Chicago IL 60611 | X | | Incurred: 2/2010<br>Consideration: Medical services | | | | 327.50 |
| ACCOUNT NO.  6000114180-001<br><br>Northwestern Memorial Hospital<br>PO Box 73690<br>Chicago, IL 60673 | X | | Incurred: 3-16-2010<br>Consideration: Medical services | | | | 40.52 |
| ACCOUNT NO.  6000109539-001<br><br>Northwestern Memorial Hospital<br>PO Box 73690<br>Chicago, IL 60673 | X | | Incurred: 2-23-2010<br>Consideration: Medical services | | | | 772.11 |
| ACCOUNT NO.  6000107344-001<br><br>Northwestern Memorial Hospital<br>PO Box 73690<br>Chicago, IL 60673 | X | | Incurred: 2-13-2010<br>Consideration: Medical services | | | | 95.46 |

Sheet no.  13  of  17  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,613.50

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Cindy Lou Clark _____,    Case No. _____
               **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 129930<br><br>Physicians Immediate Care<br>PO Box 544 Dept 5390<br>Milwaukee, WI 53201 | X | | Incurred: 4/2010<br>Consideration: Medical services | | | | 123.00 |
| ACCOUNT NO. 9618777328<br><br>Professional Collection Service<br>PO Box 76<br>Freeport, IL 61032 | X | | Incurred: 3/2010<br>Consideration: Assignee for various creditors<br>Collecting For Kruzan & Kloberdanz Dds Ltd | | | | Notice Only |
| ACCOUNT NO. 6021211750<br><br>Quest Diagnostics<br>PO Box 64804<br>Baltimore, MD 21264 | | | Incurred: 8-6-2009<br>Consideration: Medical services | | | | 51.00 |
| ACCOUNT NO. A0094248901<br><br>Sherman Hospital<br>35134 Eagle Way<br>Chicago, IL 60678 | X | | Incurred: 8/2009<br>Consideration: Medical services | | | | 844.52 |
| ACCOUNT NO. 0094010956<br><br>Sherman Hospital<br>35134 Eagle Way<br>Chicago, IL 60678 | X | | Incurred: 10-23-2008<br>Consideration: Medical services | | | | 103.00 |

Sheet no. 14 of 17 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    1,121.52

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Cindy Lou Clark _____ ,   Case No. _____
           **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  14780066 <br><br> State Collection Service Inc <br> 2509 S Stoughton Rd <br> Madison, WI 53716 | | | Incurred: 2010 <br> Consideration: Assignee for various creditors <br> Collecting For Delnor Hospital | | | | Notice Only |
| ACCOUNT NO.  V018370312 <br><br> State Collection Service Inc <br> 2509 S Stoughton Rd <br> Madison, WI 53716 | | | Incurred: 2010 <br> Consideration: Assignee for various creditors <br> Collecting For Delnor Hospital | | | | Notice Only |
| ACCOUNT NO.  DFD597 <br><br> State Collection Service Inc <br> 2509 S Stoughton Rd <br> Madison, WI 53716 | | | Incurred: 10/2010 <br> Consideration: Assignee for various creditors <br> Collecting For Delnor Hospital | | | | Notice Only |
| ACCOUNT NO.  14780066 <br><br> State Collection Service Inc <br> 2509 S Stoughton Rd <br> Madison, WI 53716 | X | | Incurred: 10/2011 <br> Consideration: Assignee for various creditors <br> Collecting For Delnor Hospital & Tri City Radiology | | | | Notice Only |
| ACCOUNT NO.  14780066 <br><br> Tri-city Radiology <br> 9410 Compubill Dr <br> Orland Park, IL 60462 | | | Incurred: 2009 <br> Consideration: Medical services | | | | 371.60 |

Sheet no. __15__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 371.60

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Cindy Lou Clark                                    ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   UAA-9082607 <br> United Anesthesia Assoc <br> 5452 Reliable Parkway <br> Chicago, IL 60686 | X | | Incurred: 8-26-2009 <br> Consideration: Medical services | | | | 544.21 |
| ACCOUNT NO.   61487 <br> Valley Ambulatory Surgery Center <br> 2210 Dean Street <br> St Charles, IL 60175 | | | Incurred: 4-26-2007 <br> Consideration: Medical services | | | | 531.00 |
| ACCOUNT NO.   3467xx <br> Valley Ambulatory Surgery Center <br> 2210 Dean Street <br> St Charles, IL 60175 | | | Incurred: 4/2008 <br> Consideration: Medical services | | | | 627.00 |
| ACCOUNT NO.   3452xx <br> Valley Ambulatory Surgery Center <br> 2210 Dean Street <br> St Charles, IL 60175 | | | Incurred: 3/2008 <br> Consideration: Medical services | | | | 401.00 |
| ACCOUNT NO.   M318454 <br> Valley Emergency Care <br> PO Box 809239 <br> Chicago, IL 60680 | X | | Incurred: 1/2010 <br> Consideration: Medical services | | | | 310.00 |

Sheet no. __16__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,413.21
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Cindy Lou Clark                                    ,          Case No. _____
          **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  680508061-00001<br><br>Verizon Wireless<br>Bankruptcy Administration<br>P.O. Box 3397<br>Bloomington, IL 61702 | | | Incurred: 5/2012<br>Consideration: Utility | | | | 741.00 |
| ACCOUNT NO.  WLC 192649<br><br>Winfield Laboratory Consultants, Sc<br>Dept 4408<br>Carol Stream, IL 60122 | X | | Incurred: 10-28-2009<br>Consideration: Medical services | | | | 128.00 |
| ACCOUNT NO.  30160<br><br>Winfield Radiology Consultants, Sc<br>6910 S Madison St<br>Willowbrook, IL 60527 | X | | Incurred: 10-28-2009<br>Consideration: Medical services | | | | 529.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __17__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  1,398.00

Total ➤  $  68,060.67

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B6G (Official Form 6G) (12/07)

In re    Cindy Lou Clark                                    Case No. _____
_____
              **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

**B6H (Official Form 6H) (12/07)**

In re  Cindy Lou Clark
_____
            **Debtor**

Case No. _____
                            **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Atg Credit, Llc<br>PO Box 14895<br>Chicago, IL 60614 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Central Dupage Emergency Phys<br>PO Box 5940<br>Dept 20-1098<br>Carol Stream, IL 60197 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Central Dupage Hospital<br>PO Box 4090<br>Carol Stream, IL 60197 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Cornerstone Medical Group<br>PO Box 479<br>Winfield, IL 60190 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Delnor Hospital<br>PO Box 88055<br>Chicago, IL 60680 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Dennis Brebner & Assoc<br>860 Northpoint Blvd<br>Waukegan, IL 60085 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Dr. William Puga<br>1644 Colonial Pkwy<br>Inverness, IL 60067 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Eagle Recovery Assoc<br>424 SW Washington St 3rd Flr<br>Peoria, IL 61602 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

**B6H (Official Form) (12/07) -- Cont.**

In re **Cindy Lou Clark**                                    Case No. _____
_____
**Debtor**                                                    **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | EPMG of IL Thorek<br>2000 Green Rd., Suite 300<br>Ann Arbor, MI 48105 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Hr Accounts, Inc<br>7017 John Deere Parkway<br>PO Box 672<br>Moline, IL 61266 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Kruzan & Kloberdanz Dds Ltd<br>2580 Foxfield Rd  Ste 100<br>St Charles, IL 60174 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Laboratory Physicians<br>PO Box 10200<br>Peoria, IL 61612-0200 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Medical Recovery Specialists, Inc<br>2250 E Devon Ave Ste 352<br>Des Plaines, IL 60018 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Medical Business Bureau, Llc<br>Po Box 1219<br>Park Ridge, IL 60068-7219 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Merchants Credit Guide Co<br>223 W Jackson Blvd #400<br>Chicago, IL 60606 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Miramed Revenue Group<br>Dept 77304<br>PO Box 77000<br>Detroit, MI 48277 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Mri Lincoln Imaging Center<br>PO Box 2957<br>Carol Stream, IL 60132 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Northwestern Medical Faculty Foundation<br>680 N Lake Shore Dr Ste 1000<br>Chicago IL 60611 |

**B6H (Official Form) (12/07) -- Cont.**

In re Cindy Lou Clark _____    Case No. _____
_____
**Debtor**    **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Northwestern Memorial Hospital<br>PO Box 73690<br>Chicago, IL 60673 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Physicians Immediate Care<br>PO Box 544 Dept 5390<br>Milwaukee, WI 53201 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Professional Collection Service<br>PO Box 76<br>Freeport, IL 61032 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Sherman Hospital<br>35134 Eagle Way<br>Chicago, IL 60678 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | State Collection Service Inc<br>2509 S Stoughton Rd<br>Madison, WI 53716 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | United Anesthesia Assoc<br>5452 Reliable Parkway<br>Chicago, IL 60686 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Valley Emergency Care<br>PO Box 809239<br>Chicago, IL 60680 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Winfield Laboratory Consultants, Sc<br>Dept 4408<br>Carol Stream, IL 60122 |
| Margaret Clark<br>2626 N. Ashland #1<br>Chicago, IL 60614 | Winfield Radiology Consultants, Sc<br>6910 S Madison St<br>Willowbrook, IL 60527 |

B6I (Official Form 6I) (12/07)

In re    Cindy Lou Clark

_____    Case _____

**Debtor**                                    **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:  Divorced | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): No dependents | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Temp. Unemployed | |
| Name of Employer | | |
| How long employed | 0 yrs, 1 mos | |
| Address of Employer | | N.A. |
| | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ N.A. |
| 2. | Estimated monthly overtime | $ 0.00 | $ N.A. |
| 3. | SUBTOTAL | $ 0.00 | $ N.A. |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ N.A. |
| | b. Insurance | $ 0.00 | $ N.A. |
| | c. Union Dues | $ 0.00 | $ N.A. |
| | d. Other (Specify:_____) | $ 0.00 | $ N.A. |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N.A. |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N.A. |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N.A. |
| 8. | Income from real property | $ 0.00 | $ N.A. |
| 9. | Interest and dividends | $ 0.00 | $ N.A. |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ N.A. |
| 11. | Social security or other government assistance ( Specify) _____ | $ 0.00 | $ N.A. |
| 12. | Pension or retirement income | $ 0.00 | $ N.A. |
| 13. | Other monthly income Assist. from family (Specify) _____ | $ 750.00 $ 0.00 | $ N.A. $ N.A. |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 750.00 | $ N.A. |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 750.00 | $ N.A. |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 750.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

    None

_____
_____
_____

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

In re  <u>Cindy Lou Clark</u>                  Case No.  <u>                        </u>

          **Debtor**                                            **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

        Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|     a. Are real estate taxes included?    Yes _____ No ___✓ | | |
|     b. Is property insurance included?    Yes _____ No ___✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 0.00 |
|            b. Water and sewer | $ | 0.00 |
|            c. Telephone | $ | 75.00 |
|            d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 25.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 65.00 |
| 8. Transportation (not including car payments) | $ | 140.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10.Charitable contributions | $ | 0.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 0.00 |
|            b. Life | $ | 0.00 |
|            c. Health | $ | 0.00 |
|            d.Auto | $ | 108.00 |
|            e. Other_____ | $ | 0.00 |
| 12.Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 0.00 |
|            b. Other _____ | $ | 0.00 |
|            c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ | 723.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    None
_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
|     a. Average monthly income from Line 15 of Schedule I | $ | 750.00 |
|     b. Average monthly expenses from Line 18 above | $ | 723.00 |
|     c. Monthly net income (a. minus b.) | $ | 27.00 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re     Cindy Lou Clark
_____     Case No. _____
Debtor

Chapter     7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $   208,800.00 | | |
| B – Personal Property | YES | 3 | $   8,070.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $   283,729.25 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $   507.59 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 18 | | $   68,060.67 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 3 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $   750.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $   723.00 |
| TOTAL | | 34 | $   216,870.00 | $   352,297.51 | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

# United States Bankruptcy Court
### Northern District of Illinois

In re    Cindy Lou Clark _____    Case No. _____
Debtor

Chapter    7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 507.59 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 507.59 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 750.00 |
| Average Expenses (from Schedule J, Line 18) | $ 723.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 2,281.25 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 74,929.25 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 507.59 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 68,060.67 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 142,989.92 |

In re ___Cindy Lou Clark_____  Case No. _____
            **Debtor**                                                         **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____36_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___7/26/12_____  Signature: ___/s/ Cindy Lou Clark_____
                                                             **Debtor**

Date _____  Signature: ___Not Applicable_____
                                                        **(Joint Debtor, if any)**

                                       [If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

       I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any,                  Social Security No.
of Bankruptcy Petition Preparer                     *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____      _____
      Signature of Bankruptcy Petition Preparer                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____  Signature: _____

                                           _____
                                           [Print or type name of individual signing on behalf of debtor.]

                 *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-----------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In Re  Cindy Lou Clark                                          Case No. _____
                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| 2012 | 13,687.50 | Maxillofacial & Facial Aesthetic Surgery |
| 2011 | 30,952.28 | Maxillofacial & Facial Aesthetic Surgery |
| 2010 | 22,983.01 | Maxillofacial & Facial Aesthetic Surgery Unemployment |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

**2.    Income other than from employment or operation of business**

None

☒

     State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                                 SOURCE

**3.  Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒     *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐     a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Citibank v. Cindy Clark #11 ARK 747 | Collections | Kane County Circuit Court Geneva, IL 60134 | Judgment entered 7/26/2011 |
| First Horizon v. Cindy Clark et al #09 CH 20901 | Foreclosure | Kane County Circuit Clerk Geneva, IL 60134 | Judgment entered 3/28/12 |
| Vanguard v. Cindy Clark #12 LM 986 | Forcible Entry and Detainer | Kane County Circuit Court Geneva, IL | Judgment entered 7/11/12 |

None

☐     b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Citibank PO Box 660065 Dallas, TX 75266 | 2/25/12 - 6/30/12 | Wage garnishment for judgment $1,253.10 |

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| First Horizon<br>165 Madison Avenue<br>Memphis, TN 38103 | 7/16/12 | Sheriff Sale of 2619 Lorraine Circle, Geneva, IL 60134<br>FMV $208,800 |

**6. Assignments and Receiverships**

None
☒

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None ☒
      List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**

None ☒
      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.   Payments related to debt counseling or bankruptcy**

None ☐
      List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Abacus<br>15760 Ventura Boulevard<br>Suite 1240<br>Encino, California 91436 | 6/2012 | 25.00 |
| Edgar P. Petti<br>Petti, Murphy, & Associates<br>22 S 4th St Ste B<br>Geneva, IL 60134 | 7/2012 | 1,806.00 for bankruptcy legal fees and filing fee |

**10.  Other transfers**

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs
☒          of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement
           of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
           whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

           b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this case
           to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
☒       were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.
        Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share
        accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
        institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
        instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
        and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☒       valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under
        chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition
        is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NAME |
| --- |

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None ☒

a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☒

| NAME | ADDRESS |
|---|---|

## [Questions 19 - 25 are not applicable to this case]

\*   \*   \*   \*   \*   \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___7/26/12_____   Signature   ___/s/ Cindy Lou Clark_____
                                      of Debtor
                                                  ___CINDY LOU CLARK_____

___0___ continuation sheets attached

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571**

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(c); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____     _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

Cindy Lou Clark

In re _____ ,    Case No. _____
                    Debtor                                        Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br> Nationstar Mortgage<br> 350 Highland Dr<br> Lewisville, TX 75067 | **Describe Property Securing Debt:**<br> 3 bedroom 5 total rooms condo |

Property will be *(check one)*:

☑ Surrendered              ☐ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt              ☑ Not claimed as exempt

| Property No. 2  *(if necessary)* | |
|---|---|
| **Creditor's Name:**<br> Citibank<br> PO Box 660065<br> Dallas, TX 75266 | **Describe Property Securing Debt:**<br> 3 bedroom 5 total rooms condo |

Property will be *(check one)*:

☑ Surrendered              ☐ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt              ☑ Not claimed as exempt

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B8 (Official Form 8) (12/08)                                                                          Page 2

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No. 1    NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES        ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES        ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES        ☐ NO |

____0_____continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: _7/26/12_____

_____
/s/ Cindy Lou Clark
Signature of Debtor

_____
Signature of Joint Debtor

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Cindy Lou Clark_____    Case No. _____
         **Debtor**                                  **(If known)**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

      I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code

_____
Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

X_____
Signature of Bankruptcy Petition Preparer or officer,
Principal, responsible person, or partner whose Social
Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Certification of the Debtor

      I, (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code

_Cindy Lou Clark_____        X___/s/ Cindy Lou Clark_____7/26/12___
Printed Names(s) of Debtor(s)                              Signature of Debtor                         Date

Case No. (if known) _____        X_____
                                                                     Signature of Joint Debtor, (if any)              Date

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0

Amb. Anesthesiologists Of Chicago, Llc
PO Box 809274
Chicago, IL 60680


AR Concepts Inc.
33 W Higgins Rd Ste 715
South Barrington, IL 60010


Assoc In Ear, Nose & Throat
2050 Larkin Ave
Elgin, IL 60123


AT&T
c/o Midland Bankruptcy
5407 Andrews Hwy
Midland, TX 79706


Atg Credit, Llc
PO Box 14895
Chicago, IL 60614


Blatt Hassenmiller et al
125 S Wacker Dr Ste 400
Chicago, IL 60606


Central Dupage Emergency Phys
PO Box 5940
Dept 20-1098
Carol Stream, IL 60197


Central Dupage Hospital
Dept 4698
Carol Stream, IL 60122


Central Dupage Hospital
PO Box 4090
Carol Stream, IL 60197


Central Dupage Hospital
Po Box 4090
Carol Stream, IL 60197-4090

Certified Services Inc
Po Box 177
Waukegan, IL 60079


Certified Services Inc
PO Box 177
Waukegan, IL 60079


CHASE
PO Box 15298
Wilmington, DE 19850


Citi Card
Box 6500
Sioux Falls, SD 57117


Citibank
PO Box 660065
Dallas, TX 75266


City of Geneva
15 S First St
Geneva, IL 60134


Cornerstone Medical Group
PO Box 479
Winfield, IL 60190


Credit Collection Services
Two Wells Avenue
Newton, MA 02459


Delnor Hospital
Po Box 88055
Chicago, IL 60680


Delnor Hospital
PO Box 88055
Chicago, IL 60680

```
Delnor Hospital
PO Box 88055
Chicago, IL 60680


Delnor Hospital
PO Box 88055
Chicago, IL 60680


Delnor Hospital
PO Box 88055
Chicago, IL 60680


Delnor Hospital
Po Box 88055
Chicago, IL 60680


Delnor Hospital
Po Box 88055
Chicago, IL 60680


Delnor Hospital
Po Box 88055
Chicago, IL 60680


Delnor Hospital
Po Box 88055
Chicago, IL 60680


Delnor Hospital
Po Box 88055
Chicago, IL 60680


Delnor Hospital
Po Box 88055
Chicago, IL 60680


Delnor Hospital
Po Box 88055
Chicago, IL 60680
```

Delnor Hospital
Po Box 88055
Chicago, IL 60680


Dennis Brebner & Assoc
860 Northpoint Blvd
Waukegan, IL 60085


Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Douglas Sury
Attorney at Law
128 S County Farm Rd
Wheaton, IL 60187

Dr Joel Carnazzo
30 N. Michigan Ave, Suite 1519
Chicago, IL. 60602


Dr. William Puga
1644 Colonial Pkwy
Inverness, IL 60067


Dr. William Puga
1644 Colonial Pkwy
Inverness, IL 60067


Dr. William Puga
1644 Colonial Pkwy
Inverness, IL 60067


Dr. William Puga
1644 Colonial Pkwy
Inverness, IL 60067


Eagle Recovery Assoc
424 SW Washington St 3rd Flr
Peoria, IL 61602


EPMG of IL Thorek
2000 Green Rd., Suite 300
Ann Arbor, MI 48105


First Horizon
165 Madison Avenue
Memphis, TN 38103


Fisher Farms Master Assoc.
PO Box 2164
Aurora, IL 60507


Harvard Collection Services, Inc
4839 N Elston Ave
Chicago, IL 60630

```
Hr Accounts, Inc
7017 John Deere Parkway
Moline, IL 61265


Hr Accounts, Inc
7017 John Deere Parkway
Moline, IL 61265


Hr Accounts, Inc
7017 John Deere Parkway
PO Box 672
Moline, IL 61266


HSBC
PO Box 5253
Carol Stream, IL 60197


IC Systems
PO Box 64378
Saint Paul, MN 55164


IL Dept of Revenue
Bankruptcy Section
P O Box 64338
Chicago, IL 60664


IL Dept of Revenue
Bankruptcy Section
P O Box 64338
Chicago, IL 60664


IL Dept of Revenue
Bankruptcy Section
P O Box 64338
Chicago, IL 60664


IL Dept of Revenue
Bankruptcy Section
P O Box 64338
Chicago, IL 60664
```

Kruzan & Kloberdanz Dds Ltd
2580 Foxfield Rd  Ste 100
St Charles, IL 60174


Laboratory Physicians
PO Box 10200
Peoria, IL 61612-0200


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614

Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614

Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Margaret Clark
2626 N. Ashland #1
Chicago, IL 60614


Medical Business Bureau, Llc
Po Box 1219
Park Ridge, IL 60068-7219

Medical Business Bureau, Llc
Po Box 1219
Park Ridge, IL 60068-7219


Medical Recovery Specialists, Inc
2250 E Devon Ave Ste 352
Des Plaines, IL 60018


Medical Recovery Specialists, Inc
2250 E Devon Ave Ste 352
Des Plaines, IL 60018


Merchants Credit Guide Co
223 W Jackson Blvd
Chicago, IL 60606


Merchants Credit Guide Co
223 W Jackson Blvd #400
Chicago, IL 60606


Merchants Credit Guide Co.
223 W Jackson Blvd #400
Chicago, IL 60606


Merchants Credit Guide Co.
223 W Jackson Blvd #400
Chicago, IL 60606


Midstate Collection Solutions, Inc
PO Box 3292
Champaign, IL 61826


Miramed Revenue Group
Dept 77304
PO Box 77000
Detroit, MI 48277


Mri Lincoln Imaging Center
PO Box 2957
Carol Stream, IL 60132

Nicor Gas
P.O. Box 0632
Aurora, IL 60507


Northwestern Medical Faculty Foundation
680 N Lake Shore Dr Ste 1000
Chicago IL 60611


Northwestern Memorial Hospital
PO Box 73690
Chicago, IL 60673


Northwestern Memorial Hospital
PO Box 73690
Chicago, IL 60673


Northwestern Memorial Hospital
PO Box 73690
Chicago, IL 60673


Physicians Immediate Care
PO Box 544 Dept 5390
Milwaukee, WI 53201


Pierce & Associates
1 North Dearborn Ste 1300
Chicago, IL 60602


Professional Collection Service
PO Box 76
Freeport, IL 61032


Quest Diagnostics
PO Box 64804
Baltimore, MD 21264


Sherman Hospital
35134 Eagle Way
Chicago, IL 60678

Sherman Hospital
35134 Eagle Way
Chicago, IL 60678


State Collection Service Inc
2509 S Stoughton Rd
Madison, WI 53716


State Collection Service Inc
2509 S Stoughton Rd
Madison, WI 53716


State Collection Service Inc
2509 S Stoughton Rd
Madison, WI 53716


State Collection Service Inc
2509 S Stoughton Rd
Madison, WI 53716


Townes at Fisher Farms
Vanguard Community Mang
PO Box 61955
Phoenix, AZ 85082


Tri-city Radiology
9410 Compubill Dr
Orland Park, IL 60462


United Anesthesia Assoc
5452 Reliable Parkway
Chicago, IL 60686


Valley Ambulatory Surgery Center
2210 Dean Street
St Charles, IL 60175


Valley Ambulatory Surgery Center
2210 Dean Street
St Charles, IL 60175

Valley Ambulatory Surgery Center
2210 Dean Street
St Charles, IL 60175


Valley Emergency Care
PO Box 809239
Chicago, IL 60680


Verizon Wireless
Bankruptcy Administration
P.O. Box 3397
Bloomington, IL 61702



Winfield Laboratory Consultants, Sc
Dept 4408
Carol Stream, IL 60122


Winfield Radiology Consultants, Sc
6910 S Madison St
Willowbrook, IL 60527

B203
12/94

# United States Bankruptcy Court
## Northern District of Illinois

In re   Cindy Lou Clark

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ..........................................…………….…….... $ ____1,500.00____

Prior to the filing of this statement I have received ........………………......……... $ ____1,500.00____

Balance Due ........................……………………………………………................... $ _____0.00_____

2.   The source of compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and
associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

IF REPRESENTATION IN ADVERSARY PROCEEDINGS OR OTHER CONTESTED BANKRUPTCY
MATTERS IS REQUIRED, AN ADDITIONAL RETAINER OF $1,000.00 WITH ADDITIONAL BILLINGS AT
THE RATE OF $240.00 OFFICE TIME / $260.00 COURT TIME PER HOUR HAS BEEN AGREED WITH
DEBTOR.  IF NOT TIMELY PAID, COUNSEL RESERVES THE RIGHT TO WITHDRAW.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

____7/26/12_____        _____/s/ Edgar P. Petti_____
Date                                         Signature of Attorney

Petti, Murphy, & Associates
Name of law firm

Bankruptcy2012 ©1991-2012, New Hope Software, Inc. - ver. 4.6.7-777 - 31210-301X-***** - PDF-XChange 3.0